

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

K. ADAM BLOOM
*Special Assistant Corporation Counsel*
phone: (212) 788-4026
fax: (212) 788-9776
email: kbloom@law.nyc.gov

May 25, 2012

**BY ECF**
The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Robinson v. Bojmal, et al., 09 CV 1008 (ENV) (LB)

Your Honor:

I am a Special Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department attorney for defendants New York City Police Department, Police Commissioner of the City of New York Raymond Kelly, Police Officer Anson Lancaster, Police Officer Gene Sheyn, Doctor Mark Su and Doctor Darrell Sutijono in the above referenced matter. In that capacity, I write to inform the Court that the parties have reached an agreement to settle this matter. Accordingly, I will forward the requisite documents to the plaintiff *pro se* for execution. As soon as the papers are fully executed, I will duly submit the Stipulation and Order of Settlement and Discontinuance to Judge Vitaliano for endorsement.

Respectfully submitted,

K. Adam Bloom
Special Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Hon. Eric N. Vitaliano, United States District Judge (by E.C.F.)

Sterling Robinson, plaintiff *pro se* (by mail)
3034 Albany Crescent #5G
Bronx, NY 10463